UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

U.S.A.
v.

ROBERT PEREZ

CITATION/CASE NO. Citation No. P0612617
Case No. 6:08-MJ-200 YNP

**AMENDED** ORDER TO PAY

(this area intentionally left blank)

## YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:

(✓) **FINE** of $ __190.00__   (✓) **Penalty ASSESSMENT** of $ __10.00__

( ) **PROCESSING Fee** of $ _____   for a **TOTAL AMOUNT** of $ __200.00__ ,

paid within _____ days / months **OR** payments of $ __50.00__ per month, commencing

__10/29/2008__ and due on the __29th__ of each month until **PAID IN FULL** - note late payments could be subject to late/delinquent charges imposed by C.V.B..

( ) REVIEW/Post Sentencing HEARING DATE: _____ at _____ a.m. / p.m. in Dept. _____
( ) Compliance HEARING: : _____ at _____ a.m. / p.m. in Dept. _____
( ) RESTITUTION _____
( ) COMMUNITY SERVICE _____
to be completed by _____ with Proof mailed to the Clerk of the Court.
( ) Traffic School By: _____ with Proof mailed to _____
(✓) PROBATION to be unsupervised / supervised for: Unsupervised probation for 6 months with terms and conditions to obey all laws. Bail posted in this matter shall be exonerated and returned to surety.

Payments must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to (check one):

[ ] CENTRAL VIOLATIONS BUREAU
PO Box 70939
Charlotte, NC 28272-0939
1-800-827-2982

[✓] CLERK, U.S.D.C.
501 'I' St., #4-200
Sacramento, CA 95814

[ ] CLERK, U.S.D.C.
2500 Tulare St., Rm 1501
Fresno, CA 93721

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: 11/23/2009

for: U.S. MAGISTRATE JUDGE

EDCA - Rev 4/2007